IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY, ) ) )<br>Plaintiff, ) )<br>v. ) )<br>PARKWOOD POINTE ASSOCIATES, LLC, ) BLACKWOOD POINTE ASSOCIATES, ) LLC, and DAVID G. CHERUP, ) )<br>Defendants. ) | Civil Action No. 17-1647<br>Judge David Stewart Cercone<br>Magistrate Judge Maureen P. Kelly |

## **ORDER OF COURT**

AND NOW, this 5th day of February, 2019, after Plaintiff Developers Surety and Indemnity Company ("Plaintiff") filed an action in the above-captioned case, and after a Motion for Default Judgment was filed by Plaintiff and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until January 28, 2019, to file written objections thereto, and no Objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Default Judgment against ALL Defendants (ECF 16) is GRANTED.

IT IS FURTHER ORDERED that Judgment is entered in favor of Plaintiff and against ALL Defendants in the amount of $121,164.05, with costs and expenses in the amount of $4,620.00, for a total amount of $125,784.05. The Clerk shall mark this case CLOSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

*DS Cercone*
David Stewart Cercone
Senior United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge
Paul T. DeVlieger, Esquire

*(Via CM/ECF Electronic Mail)*